IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA PATRICK BRADY, #18066-002, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 1:22-cv-305-ECM ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

**O R D E R**

On August 11, 2025, the Magistrate Judge entered a Recommendation (doc. 18) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 18) is ADOPTED;

2. The Petitioner's 28 U.S.C § 2255 motion (doc. 1) is DENIED without an evidentiary hearing;

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 12th day of September, 2025.

                                                /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE